IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**KEM MATEO a/k/a KIM MATEO,**

   Plaintiff,

vs.                                                            5:05-CV-073-SPM/EMT

**JAMES CROSBY, JR.,** *et al.*,

   Defendants.

_____/

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION**

**THIS CAUSE** comes before the Court upon the magistrate judge's report and recommendation (doc. 7) dated June 20, 2005. The parties have been furnished a copy and have been afforded an opportunity to file objections. Plaintiff filed his objections (doc. 8) on July 1, 2005.

Pursuant to Title 28, United States Code, Section 636(b)(1), I have made a *de novo* determination of those portions to which an objection has been made. Although Plaintiff is not expected to possess a "photographic memory," as complained of by Plaintiff, he is expected to provide an accurate and complete record of all previous litigation when filing a civil rights complaint. It is not an insurmountable task to keep track of one's own litigation history in the courts, and the fact that Plaintiff has filed too many cases to remember all of them speaks for

itself. This failure to completely and honestly disclose prior cases is not an "unavoidable ommission [sic]", as Plaintiff claims. Plaintiff argues that he is not a lawyer and should not be held to the same standards; however, even an indigent prisoner can maintain a simple paper list of case numbers, dates filed, and dispositions. No online access or special knowledge is needed.

Although the Court finds this case should be dismissed, Plaintiff may refile his case on a new form with a <u>complete</u> disclosure of all litigated cases, both state and federal.

Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. The magistrate judge's report and recommendation (doc. 7) is adopted and incorporated by reference in this order.

2. This case is hereby dismissed without prejudice.

**DONE AND ORDERED** this <u>seventh</u> day of July, 2005.

<pre>              s/ Stephan P. Mickle              </pre>
              Stephan P. Mickle
              United States District Judge

/pao

5:05-CV-073-SPM/AK